# **EXHIBIT D**

Contact Us

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CGC25624596
Title: JANE DOE VS. ROBLOX CORPORATION ET AL
Cause of Action: PRODUCTS LIABILITY
Generated: 2025-04-22 1:10 pm

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

**Please Note: The "View" document links on this web page are valid until 1:20:40 pm**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

## Register of Actions

Show 10 entries                                                                 Search: 

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2025-04-21 | NOTICE TO PLAINTIFF | View | |
| 2025-04-21 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 76120379) FILED BY PLAINTIFF DOE, JANE CASE DESIGNATED COMPLEX LITIGATION | View | |
| 2025-04-21 | PRODUCTS LIABILITY, COMPLAINT (TRANSACTION ID # 76120379) FILED BY PLAINTIFF DOE, JANE AS TO DEFENDANT ROBLOX CORPORATION DISCORD INC. DOES 1-50, INCLUSIVE NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET NOT FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR SEP-24-2025 PROOF OF SERVICE DUE ON JUN-20-2025 CASE MANAGEMENT STATEMENT DUE ON SEP-02-2025 COMPLEX LITIGATION ASSIGNMENT REQUESTED BY FILING PARTIES; FEE INCLUDED IN FILING FEE | View | $1435.00 |

Showing 1 to 3 of 3 entries                                              Previous  1  Next