COOLEY LLP
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

*Attorney for Defendant Roblox Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBLOX CORPORATION; DISCORD INC.; AND DOES 1–50, inclusive,<br><br>            Defendants. | Case No. 3:25-cv-03520<br><br>**DEFENDANT ROBLOX CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

318093084

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned, counsel of record for Defendant Roblox Corporation, by its attorneys, Cooley LLP, hereby certifies and discloses that Defendant has no parent corporation, and Roblox understands that no publicly held company owns 10% or more of Defendant's stock.

Dated: April 22, 2025

Respectfully submitted,

COOLEY LLP
MATTHEW D. CAPLAN

*/s/ Matthew D. Caplan*
Matthew D. Caplan
Attorney for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

318093084

- 2 -

DEF. ROBLOX CORP.'S
CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:25-CV-03520