COOLEY LLP
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

*Attorney for Defendant Roblox Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION; DISCORD INC.; AND DOES 1–50, inclusive,<br><br>    Defendants. | Case No. 3:25-cv-03520<br><br>**DEFENDANT ROBLOX CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

DEF. ROBLOX CORP.'S CERT. OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 3:25-CV-03520

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Board of Directors and Executive Officers: David Baszucki, Michael Guthrie, Mark Reinstra, Gregory Baszucki, Christopher Carvalho, Jason Kilar, Anthony P. Lee, Andrea Wong, Gina Mastantuono, Manuel Bronstein, Amy Rawlings, Arvind Chakravarthy, and Matt Kaufman.

Shareholders: Roblox Corporation is a publicly traded company with dynamic ownership interests. Roblox understands that no shareholder owns 10% of more of Roblox stock.

Dated: April 22, 2025                                Respectfully submitted,

                                                     COOLEY LLP
                                                     MATTHEW D. CAPLAN

                                                     */s/ Matthew D. Caplan*
                                                     Matthew D. Caplan
                                                     Attorney for Defendant
                                                     ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

DEF. ROBLOX CORP.'S CERT. OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 3:25-CV-03520