COOLEY LLP
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

*Attorneys for Defendant*
*Roblox Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION; DISCORD INC.; AND DOES 1-50, inclusive,<br><br>              Defendants. | Case No. 3:25-cv-03520<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004. My email address is smartinez@cooley.com. On the date set forth below I served the documents described below in the manner described below:

- **DEFENDANT ROBLOX CORPORATION'S NOTICE OF REMOVAL OF ACTION**
- **CIVIL COVER SHEET**
- **CASE ASSIGNED TO MAGISTRATE JUDGE PETER H. KANG**
- **MAGISTRATE JUDGE STANDING ORDERS**
- **INITIAL CASE MANAGEMENT SCHEDULING ORDER WITH ADR DEADLINES**
- **DEFENDANT ROBLOX CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
- **DEFENDANT ROBLOX CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**
- **DEFENDANT ROBLOX CORPORATION'S DECLINATION TO MAGISTRATE JUDGE JURISDICTION**
- **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE**
- **MAGISTRATE JUDGE'S DECLINATION FORM**

[x] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following part(ies) in this action:

| | |
|---|---|
| 1 | SARAH LONDON (SBN 267083) |
| 2 | **GIRARD SHARP** |
|   | 601 California Street, Suite 1400 |
| 3 | San Francisco, CA 94108 |
|   | Telephone: (415) 981-4800 |
| 4 | Email:    slondon@girardsharp.com |
| 5 | |
|   | ALEXANDRA M. WALSH *(pro hac vice forthcoming)* |
| 6 | KRISTEN FEDEN *(pro hac vice forthcoming)* |
|   | D. PATRICK HUYETT *(pro hac vice forthcoming)* |
| 7 | **ANAPOL WEISS** |
|   | One Logan Square |
| 8 | 130 North 18th Street, Suite 1600 |
|   | Philadelphia, PA 19103 |
| 9 | Telephone: (215) 608-9645 |
|   | Facsimile: (215) 735-2211 |
| 10 | Email:    awalsh@anapolweiss.com |
|    |           kfeden@anapolweiss.com |
| 11 |           phuyett@anapolweiss.com |
| 12 | |
|    | *Attorneys for Plaintiff* |

Executed on April 23, 2025, at San Francisco, California.

_____
Suenmy Martinez