| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MATTHEW D. CAPLAN (260388) (mcaplan@cooley.com) |
| 3 | 3 Embarcadero Center, 20th Floor San Francisco, CA  94111-4004 |
| 4 | Telephone:    (415) 693-2000 Facsimile:      (415) 693-2222 |
| 5 | *Attorneys for Defendant* ROBLOX CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, | Case No. 4:25-cv-03520 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive, | |
| Defendants. | |

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to this action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004. My email address is iwong@cooley.com. On the date set forth below I served the documents described below in the manner described below:

- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA (UPDATED NOVEMBER 30, 2023)**

- **JUDGE YVONNE GONZALEZ ROGERS STANDING ORDER (UPDATED MARCH 17, 2025)**

[x] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California

on the following part(ies) in this action:

SARAH LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

ALEXANDRA M. WALSH (pro hac vice forthcoming)
KRISTEN FEDEN (pro hac vice forthcoming)
D. PATRICK HUYETT (pro hac vice forthcoming)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211
Email: awalsh@anapolweiss.com
       kfeden@anapolweiss.com
       phuyett@anapolweiss.com

*Attorneys for Plaintiff*

Executed on April 28, 2025, at San Francisco, California.

_Iris Wong_

318358338
- 2 -
COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE
CASE NO. 4:25-CV-03520