COOLEY LLP
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

*Attorneys for Defendant*
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>      v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>              Defendant. | Case No. 4:25-cv-03520-YGR<br><br>**STIPULATION EXTENDING TIME TO REPLY TO PLAINTIFF'S COMPLAINT** |

Plaintiff Jane Doe and defendant Roblox Corporation ("Roblox"), by and through their respective counsel of record, (collectively "the Parties"), pursuant to Civil Local Rule 6-1(a), hereby stipulate as follows:

WHEREAS, Plaintiff filed this action in San Francisco Superior Court on April 21, 2025;

WHEREAS, Roblox removed this action to federal court on April 22, 2025;

WHEREAS, defendant Discord Inc. ("Discord") has not been served;

WHEREAS, aligning the response deadlines for both defendants, will advance the interests of the Parties and promote judicial efficiency;

NOW, THEREFORE, the Parties, through their respective counsel, stipulate as follows:

1. Roblox's deadline to respond to Plaintiff's complaint shall be extended until Discord's response is due (*i.e.*, 21 days after Plaintiff serves Discord).

**IT IS SO STIPULATED.**

Dated: May 6, 2025                                        COOLEY LLP

                                                          /s/ *Matthew D. Caplan*
                                                          Matthew D. Caplan

                                                          *Attorneys for Defendant*
                                                          ROBLOX CORPORATION

Dated: May 6, 2025                                        ANAPOL WEISS

                                                          /s/ *Alexandra M. Walsh*
                                                          Alexandra M. Walsh

                                                          *Attorneys for Plaintiff*
                                                          JANE DOE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Matthew D. Caplan, attest that concurrence in the filing of this document has been obtained from all other signatories. Executed on May 6, 2025, in San Francisco, California.

*/s/ Matthew D. Caplan*
Matthew D. Caplan