AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Jane Doe <br><br> *Plaintiff(s)* <br> v. <br> ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:25-cv-03520-YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roblox Corporation
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Sacramento, CA 95833

Discord Inc.
c/o CT Corporation System
330 N. Brand Blvd., Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Sarah London (SBN 267083)
> GIRARD SHARP LLP
> 601 California Street, Suite 1400
> San Francisco, CA 94108
> Telephone: (415) 981-4800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/6/2025

*CLERK OF COURT*
Mark B. Busby
Thelma Nudo
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-03520-YGR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roblox Corporation
was received by me on *(date)* May 6, 2025.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
On May 7, 2025, I served the summons via email on Matthew Caplan of Cooley LLP, who is authorized to accept service of process on behalf of Roblox Corporation.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: May 21, 2025

*D. Patrick Huyett*
Server's signature

D. Patrick Huyett, Attorney for Plaintiff
Printed name and title

Anapol Weiss, 130 N. 18th St., Suite 1600, Philadelphia, PA 19103
Server's address

Additional information regarding attempted service, etc: