COOLEY LLP
MATTHEW D. CAPLAN (260388)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004

Representing: Defendant                                      File No.

## UNITED STATES DISTRICT COURT
Northern District of California - District - San Francisco

|  |  |
|---|---|
| Jane Doe ) | Case No. 4:25-cv-03520-YGR |
| **Plaintiff/Petitioner** ) | |
| ) | Proof of Service of: |
| vs. ) | Summons, Clerk's Notice Setting Case Management |
| ) | Conference, Stipulation Extending Time to Reply to Plaintiff's |
| Roblox Corporation, et al. ) | Complaint, Standing Order for All Judges, Standing Order in |
| **Defendant/Respondent** ) | Civil Cases Updated 3.17.25, Defendant's Notice of Removal |
| ) | of Action with Exhibits: Complaint, Civil Cover Sheet, Notice to |
| ) | Plaintiff, and Civil Case Cover Sheet |
| ) | |
|  | Service on: |
|  | Discord Inc. |

Hearing Date:    2025-07-28

Hearing Time:    02:00 PM

Div/Dept:        Zoom

PROOF OF SERVICE

Order # 25369578

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>COOLEY LLP<br>MATTHEW D. CAPLAN (260388)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>TELEPHONE NO: +1 415 693 2000    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: mcaplan@cooley.com<br>ATTORNEY FOR *(Name)*: Defendant | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | |
| PLAINTIFF / PETITIONER:    Jane Doe<br>DEFENDANT / RESPONDENT:    Roblox Corporation, et al. | CASE NUMBER:<br>4:25-cv-03520-YGR |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>13310835 (25369578) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Clerk's Notice Setting Case Management Conference, Stipulation Extending Time to Reply to Plaintiff's Complaint, Standing Order for All Judges, Standing Order in Civil Cases Updated 3.17.25, Defendant's Notice of Removal of Action with Exhibits: Complaint, Civil Cover Sheet, Notice to Plaintiff, and Civil Case Cover Sheet

2. Party Served:    Discord Inc.

3. Person Served:    CT Corporation System - Jacqueline Mejia, Intake Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:    May 16, 2025 at 12:37 pm PDT

5. Address, City and State:    330 North Brand Blvd #700 Glendale, CA, 91203

6. Manner of Service:    Personal Service - By personally delivering copies.

Fee for service: $75.00

Registered California process server.
Joshua May
County: Los Angeles
Registration No.: 2022270694

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Joshua May

Date: May 16, 2025