| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | J. Alexander Lawrence (CA SBN 208715)<br>250 West 55th Street |
| 3 | New York, New York  10019-9601<br>Telephone: 212.468.8000 |
| 4 | MORRISON & FOERSTER LLP |
| 5 | Justin Kareem Rezkalla (CA SBN 347603)<br>425 Market Street |
| 6 | San Francisco, California  94105-2482<br>Telephone: 415.268.7000 |

Attorneys for Defendant
DISCORD INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 4:25-cv-03520-YGR<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>Hon. Yvonne Gonzalez Rogers<br>Date Action Removed: April 22, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b) and L.R. 6-1(a), Defendants Roblox Corporation ("Roblox") and Discord Inc. ("Discord") (collectively the "Defendants") and Plaintiff Jane Doe ("Plaintiff") (collectively the "Parties") hereby submit this stipulation and the accompanying proposed order:

WHEREAS, on April 21, 2025, Plaintiff filed an unverified Complaint for Damages ("Complaint") in the Superior Court for the State of California, in and for the County of San Francisco, thereby initiating the civil action, identified as Case No. CGC25624596, *Jane Doe v. Roblox Corporation* (ECF No. 1-1);

1    WHEREAS, on April 22, 2025, Roblox removed this action to the United States District Court for the Northern District of California (ECF No. 1);

2    WHEREAS, on April 23, 2025, this case was assigned to Judge Yvonne Gonzalez Rogers (ECF No. 9);

3    WHEREAS, on May 6, 2025, Plaintiff and Defendant Roblox stipulated that Roblox's deadline to respond to the Complaint would be due on the same date as Discord's response (ECF No. 12);

4    WHEREAS, on May 21, 2025, Defendants Roblox and Discord received by personal service a copy of the Complaint (ECF Nos. 15, 16);

5    WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants are required to answer or otherwise respond to the Complaint within 21 days after service;

6    WHEREAS, unless the deadline is extended, Defendants have until June 11, 2025, to answer or otherwise respond to the Complaint;

7    WHEREAS, the Parties have agreed to the following mutually-acceptable briefing schedule;

NOW, THEREFORE, the Parties, through their respective counsel, stipulate as follows:

1. Defendants' deadline to answer or otherwise respond to the Complaint is extended to June 27, 2025;
2. Plaintiffs' opposition to any motions in response will be due on July 25, 2025;
3. Defendants' replies in support of any motions in response will be due on August 8, 2025.

| | | |
|---|---|---|
| Dated: | May 30, 2025 | MORRISON & FOERSTER LLP |
| | | By: /s/ J. Alexander Lawrence |
| | | J. Alexander Lawrence |
| | | Attorneys for Defendant<br>DISCORD INC. |
| Dated: | May 30, 2025 | COOLEY LLP |
| | | By: /s/ Matthew D. Caplan |
| | | Matthew D. Caplan |
| | | Attorneys for Defendant<br>ROBLOX CORPORATION |
| Dated: | May 30, 2025 | ANAPOL WEISS |
| | | By: /s/ Alexandra M. Walsh |
| | | Alexandra M. Walsh |
| | | Attorneys for Plaintiff<br>JANE DOE |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, J. Alexander Lawrence, as the ECF user under whose credentials this document is filed, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed at New York, New York this 30th day of May, 2025.

          */s/ J. Alexander Lawrence*
          J. Alexander Lawrence