SARAH LONDON (SBN 267083)
slondon@girardsharp.com
**GIRARD SHARP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

ALEXANDRA M. WALSH *(pro hac vice* forthcoming*)*
awalsh@anapolweiss.com
KRISTEN FEDEN *(pro hac vice* forthcoming*)*
kfeden@anapolweiss.com
D. PATRICK HUYETT *(pro hac vice* forthcoming*)*
phuyett@anapolweiss.com
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 4:25-cv-03520-YGR<br><br>**DECLARATION OF SARAH LONDON IN SUPPORT OF PLAINTIFF'S ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| JANE DOE, a minor, represented by her proposed court-appointed guardian *ad litem*, MARY DOE,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-04329-RFL |

DECLARATION OF SARAH LONDON IN SUPPORT OF PLAINTIFF'S ADMIN MOTION
Case No. 4:25-cv-03520-YGR

I, Sarah London, declare as follows:

1. I am a partner in the law firm Girard Sharp LLP and am an attorney admitted to practice before this Court.

2. I am counsel of record for Plaintiff Jane Doe in this action.

3. I submit this declaration in support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

4. On June 9, 2025, counsel for Defendant Roblox Corporation informed Plaintiff's counsel that Roblox will be opposing the motion. Therefore, a stipulation pursuant to Local Civil Rule 7-12 could not be obtained.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2025, in San Francisco, California.

*/s/ Sarah London*
Sarah London

---

DECLARATION OF SARAH LONDON IN SUPPORT OF PLAINTIFF'S ADMIN MOTION
CASE NO. 4:25-CV-03520-YGR