# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 4:25-cv-03520-YGR<br><br>**[PROPOSED] ORDER GRANTING ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| JANE DOE, a minor, represented by her proposed court-appointed guardian *ad litem*, MARY DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBLOX CORPORATION and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 3:25-cv-04329-RFL |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:25-CV-03520-YGR

Having considered Plaintiff Jane Doe's Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rules 3-12 and 7-11 and all papers filed in support of and in opposition to the motion, the Court hereby **ORDERS** that *Doe v. Roblox Corp.*, 25-cv-04329-RFL is related to *Doe v. Roblox Corp.*, 25-cv-03520-YGR. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *Doe v. Roblox Corp.*, 25-cv-04329-RFL to the undersigned judge for all future purposes.

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern.

Dated: _____

Hon. Yvonne Gonzalez Rogers
United States District Judge

---

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 4:25-CV-03520-YGR