UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE

,

Plaintiff(s),

v.

ROBLOX CORPORATION, et al.

,

Defendant(s).

Case No. 4:25-CV-03520-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Alexandra M. Walsh, , an active member in good standing of the bar of District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Jane Doe in the above-entitled action. My local co-counsel in this case is Sarah London , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 267083 .

14 Ridge Square, NW, Suite 342
Washington, DC 20016
MY ADDRESS OF RECORD

(202) 780-3014
MY TELEPHONE # OF RECORD

awalsh@anapolweiss.com
MY EMAIL ADDRESS OF RECORD

601 California Street, Suite 1400
San Francisco, CA 94108
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 981-4800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

slondon@girardsharp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 490484 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: June 15, 2025                                          /s/ Alexandra M. Walsh

                                                                                       APPLICANT

5

6  ══════════════════════════════════════════════════

7

8                                      ORDER GRANTING APPLICATION

9                              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Alexandra M. Walsh is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:    June 16, 2025

16

17  _____

                                       HON. YVONNE GONZALEZ ROGERS

18                           UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Alexandra M Walsh*

*was duly qualified and admitted on December 12, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 09, 2025.**

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*