1    COOLEY LLP
      MATTHEW D. CAPLAN (260388)
2    (mcaplan@cooley.com)
      RYAN C. STEVENS (306409)
3    (rstevens@cooley.com)
      3 Embarcadero Center, 20th Floor
4    San Francisco, CA  94111-4004
      Telephone:    (415) 693-2000
5    Facsimile:    (415) 693-2222

6    TIANA DEMAS (appearance *pro hac vice*)
      (tdemas@cooley.com)
7    110 N. Wacker Drive, 42nd Floor
      Chicago, IL 60606
8    Telephone:    (312) 881-6500
      Facsimile:    (312) 881-6598
9
      Attorneys for Defendant
10   ROBLOX CORPORATION

11
                          UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                              OAKLAND DIVISION
14

15   JANE DOE,                              Case No. 4:25-cv-03520-YGR

16                  Plaintiff,              **JOINT STIPULATION AND [PROPOSED]
                                            ORDER REGARDING CASE MANAGEMENT**
17         v.
                                            **TRIAL DATE:**    **NOT YET SET**
18   ROBLOX CORPORATION; DISCORD INC.;
      and DOES 1-50, inclusive,             Date Action Removed: April 22, 2025
19
                    Defendants.
20

21

22

23

24

25

26

27

28

COOLEY LLP

Plaintiff Jane Doe ("Plaintiff") and Defendants Roblox Corporation ("Roblox") and Discord Inc. ("Discord") (collectively the "Defendants"), by and through their respective counsel of record, (collectively "the Parties"), pursuant to Civil Local Rules 6-2 and 7-12, hereby stipulate as follows:

WHEREAS, on April 21, 2025, Plaintiff filed an unverified Complaint for Damages ("Complaint") in the Superior Court for the State of California, in and for the County of San Francisco, thereby initiating the civil action, identified as Case No. CGC25624596, *Jane Doe v. Roblox Corporation* (ECF No. 1-1);

WHEREAS, on April 22, 2025, Roblox removed this action to the United States District Court for the Northern District of California (ECF No. 1);

WHEREAS, on April 23, 2025, this case was assigned to Judge Yvonne Gonzalez Rogers (ECF No. 9);

WHEREAS, on May 6, 2025, Plaintiff and Defendant Roblox stipulated that Roblox's responsive pleading deadline would be the same as Discord's (ECF No. 12);

WHEREAS, on May 21, 2025, Defendants Roblox and Discord received by personal service a copy of the Complaint (ECF Nos. 15, 16);

WHEREAS, on May 30, 2025, the Parties stipulated that Defendants' deadline to answer or otherwise respond to the Complaint would be June 27, 205; Plaintiffs' opposition to any motions in response would be due on July 25, 2025; and Defendants' replies in support of any motions in response would be due on August 8, 2025 (ECF No. 17);

WHEREAS, on June 13, 2025, Plaintiff filed an administrative motion to consider whether *Doe v. Roblox Corp.*, 3:25-cv-04329-RFL (the "Judge Lin Action"), currently pending before Judge Rita F. Lin of this district, should be related to this action (the "Motion to Relate Cases") (ECF No. 18);

WHEREAS, Defendants have informed Plaintiff that they may move to compel arbitration of this matter and seek limited early discovery relative to the arbitrability of Plaintiff's claims;

WHEREAS, on June 16, 2025, the Parties appeared before Judge Yvonne Gonzalez Rogers at which the Court ordered the parties to submit a stipulation related to various case

COOLEY LLP

STIPULATION & [PROPOSED] ORDER
CASE NO. 4:25-CV-03520-YGR

management issues in this matter and the parties agreed that they would stay Roblox's deadline to respond to the complaint in the Judge Lin Action.

WHEREAS, good cause exists for modifying deadlines in this matter to facilitate adjudication of the threshold question of arbitrability since doing so could potentially conserve limited party and judicial resources;

NOW, THEREFORE, the Parties, through their respective counsel, stipulate as follows:

1. Defendants' responsive pleading deadlines are stayed pending resolution of the Parties' dispute concerning whether this matter shall be referred to arbitration;

2. Plaintiff's Motion to Relate Cases is similarly stayed pending resolution of the Parties' dispute concerning whether this matter shall be referred to arbitration;

3. The parties in the Judge Lin Action shall file a stipulation in that case reflecting their agreement regarding arbitration-related discovery and staying Roblox's deadline to respond to the complaint until this Court adjudicates Plaintiff's Motion to Relate Cases; and

4. The Parties stipulate that Plaintiffs will provide Defendants with all applicable usernames and email addresses by June 24, 2025. Defendants reserve the right to seek additional discovery related to the arbitrability of Plaintiff's claims and nothing in this stipulation shall be used as a basis to argue Defendants waived any rights to seek such discovery. The parties further stipulate that any motion to compel arbitration should be heard on the following briefing schedule:

   a. July 28, 2025: Defendants to file opening brief(s) for any motion to compel arbitration.

   b. August 28, 2025: Plaintiff's opposition(s) to any motion(s) to compel arbitration.

   c. September 12, 2025: Defendants to file reply briefs in support of any motions to compel arbitration.

   d. Hearing date: To be set at the Court's convenience at the first available date following the submission of all briefing.

Cooley LLP

3

1    **IT IS SO STIPULATED.**

2    Dated: June 23, 2025                          COOLEY LLP

3

4                                                  /s/ Matthew D. Caplan
                                                   Matthew D. Caplan
5
                                                   Attorneys for Defendant
6                                                  ROBLOX CORPORATION

7

8    Dated: June 23, 2025                          MORRISON & FOERSTER LLP

                                                   /s/ J. Alexander Lawrence
9                                                  J. Alexander Lawrence

10                                                 Attorneys for Defendant
                                                   DISCORD INC.
11

12   Dated: June 23, 2025                          ANAPOL WEISS

13                                                 /s/ Alexandra M. Walsh
                                                   Alexandra M. Walsh
14
                                                   Attorneys for Plaintiff
15                                                 JANE DOE

16

17

18                              **ATTESTATION**

19       Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on

20   whose behalf the filing submitted, concur in the filing's content and have authorized the filing.

21   Dated: June 23, 2025

22                                                 By:   /s/ Matthew D. Caplan
                                                         Matthew D. Caplan
23

24

25

26

27

28

COOLEY LLP

STIPULATION & [PROPOSED] ORDER
                                             CASE NO. 4:25-CV-03520-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

**STIPULATION & [PROPOSED] ORDER
CASE NO. 4:25-CV-03520-YGR**