COOLEY LLP
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
RYAN C. STEVENS (306409)
(rstevens@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

TIANA DEMAS (appearance *pro hac vice*)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone:  (312) 881-6500
Facsimile:  (312) 881-6598

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:25-cv-03520-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT**<br><br>**TRIAL DATE:**　　NOT YET SET<br><br>Date Action Removed: April 22, 2025 |

1  Plaintiff Jane Doe ("Plaintiff") and Defendants Roblox Corporation ("Roblox") and
2  Discord Inc. ("Discord") (collectively the "Defendants"), by and through their respective counsel
3  of record, (collectively "the Parties"), pursuant to Civil Local Rules 6-2 and 7-12, hereby stipulate
4  as follows:
5  WHEREAS, on April 21, 2025, Plaintiff filed an unverified Complaint for Damages
6  ("Complaint") in the Superior Court for the State of California, in and for the County of San
7  Francisco, thereby initiating the civil action, identified as Case No. CGC25624596, *Jane Doe v.*
8  *Roblox Corporation* (ECF No. 1-1);
9  WHEREAS, on April 22, 2025, Roblox removed this action to the United States District
10 Court for the Northern District of California (ECF No. 1);
11 WHEREAS, on April 23, 2025, this case was assigned to Judge Yvonne Gonzalez Rogers
12 (ECF No. 9);
13 WHEREAS, on May 6, 2025, Plaintiff and Defendant Roblox stipulated that Roblox's
14 responsive pleading deadline would be the same as Discord's (ECF No. 12);
15 WHEREAS, on May 21, 2025, Defendants Roblox and Discord received by personal
16 service a copy of the Complaint (ECF Nos. 15, 16);
17 WHEREAS, on May 30, 2025, the Parties stipulated that Defendants' deadline to answer
18 or otherwise respond to the Complaint would be June 27, 205; Plaintiffs' opposition to any
19 motions in response would be due on July 25, 2025; and Defendants' replies in support of any
20 motions in response would be due on August 8, 2025 (ECF No. 17);
21 WHEREAS, on June 13, 2025, Plaintiff filed an administrative motion to consider
22 whether *Doe v. Roblox Corp.*, 3:25-cv-04329-RFL (the "Judge Lin Action"), currently pending
23 before Judge Rita F. Lin of this district, should be related to this action (the "Motion to Relate
24 Cases") (ECF No. 18);
25 WHEREAS, Defendants have informed Plaintiff that they may move to compel arbitration
26 of this matter and seek limited early discovery relative to the arbitrability of Plaintiff's claims;
27 WHEREAS, on June 16, 2025, the Parties appeared before Judge Yvonne Gonzalez
28 Rogers at which the Court ordered the parties to submit a stipulation related to various case

management issues in this matter and the parties agreed that they would stay Roblox's deadline to respond to the complaint in the Judge Lin Action.

WHEREAS, good cause exists for modifying deadlines in this matter to facilitate adjudication of the threshold question of arbitrability since doing so could potentially conserve limited party and judicial resources;

NOW, THEREFORE, the Parties, through their respective counsel, stipulate as follows:

1. Defendants' responsive pleading deadlines are stayed pending resolution of the Parties' dispute concerning whether this matter shall be referred to arbitration;

2. Plaintiff's Motion to Relate Cases is similarly stayed pending resolution of the Parties' dispute concerning whether this matter shall be referred to arbitration;

3. The parties in the Judge Lin Action shall file a stipulation in that case reflecting their agreement regarding arbitration-related discovery and staying Roblox's deadline to respond to the complaint until this Court adjudicates Plaintiff's Motion to Relate Cases; and

4. The Parties stipulate that Plaintiffs will provide Defendants with all applicable usernames and email addresses by June 24, 2025. Defendants reserve the right to seek additional discovery related to the arbitrability of Plaintiff's claims and nothing in this stipulation shall be used as a basis to argue Defendants waived any rights to seek such discovery. The parties further stipulate that any motion to compel arbitration should be heard on the following briefing schedule:

    a. July 28, 2025: Defendants to file opening brief(s) for any motion to compel arbitration.

    b. August 28, 2025: Plaintiff's opposition(s) to any motion(s) to compel arbitration.

    c. September 12, 2025: Defendants to file reply briefs in support of any motions to compel arbitration.

    d. Hearing date: To be set at the Court's convenience at the first available date following the submission of all briefing.

**IT IS SO STIPULATED.**

Dated: June 23, 2025                           COOLEY LLP

                                               /s/ Matthew D. Caplan
                                               Matthew D. Caplan

                                               Attorneys for Defendant
                                               ROBLOX CORPORATION

Dated: June 23, 2025                           MORRISON & FOERSTER LLP

                                               /s/ J. Alexander Lawrence
                                               J. Alexander Lawrence

                                               Attorneys for Defendant
                                               DISCORD INC.

Dated: June 23, 2025                           ANAPOL WEISS

                                               /s/ Alexandra M. Walsh
                                               Alexandra M. Walsh

                                               Attorneys for Plaintiff
                                               JANE DOE

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing submitted, concur in the filing's content and have authorized the filing.

Dated: June 23, 2025

                                               By:   /s/ Matthew D. Caplan
                                                     Matthew D. Caplan

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 24, 2025

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

STIPULATION & [PROPOSED] ORDER
CASE NO. 4:25-CV-03520-YGR