UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

Plaintiff,

v.

ROBLOX CORPORATION; DISCORD INC.; et al.,

Defendant.

Case No. 4:25-cv-03520-YGR

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Discord Inc., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Adam S. Sieff, SBN 302030 (adamsieff@dwt.com)
Davis Wright Tremaine LLP, 350 Grand Avenue, 27th Floor, Los Angeles, CA 90071

Name(s) of counsel withdrawing from representation and firm name:
J. Alexander Lawrence
Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019-9601

Date: July 22, 2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE