1  AMBIKA KUMAR (*pro hac vice* application forthcoming)
      ambikakumar@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, Washington 98104
   Telephone: (206) 622-3150
4
   ADAM S. SIEFF (State Bar No. 302030)
5     adamsieff@dwt.com
   DAVIS WRIGHT TREMAINE LLP
6  350 South Grand Avenue, 27th Floor
   Los Angeles, California 90071
7  Telephone:  (213) 633-6800

8  SARAH E. BURNS (State Bar No. 324466))
   sarahburns@dwt.com
9  DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
10 San Francico, California 94110
   Telephone:  (415) 276-4892
11
   Attorneys for Defendant
12 DISCORD INC.

13                   **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15                          **OAKLAND DIVISION**

16

17  JANE DOE,                             Case No. 4:25-cv-03520-YGR

18              Plaintiff,                **STIPULATED REQUEST TO MODIFY
                                          BRIEFING SCHEDULE ON
19         v.                             DEFENDANTS' MOTION TO COMPEL
                                          ARBITRATION AND [PROPOSED]
20  ROBLOX CORPORATION; DISCORD INC.;     ORDER**
    and DOES 1 – 50, inclusive,
21                                        [Declaration of Ambika Kumar Filed
                Defendants.               Concurrently]
22
                                          Hon. Yvonne Gonzalez Rogers
23
                                          Complaint Filed: April 21, 2025
24                                        Date Action Removed: April 22, 2025

25

26

27

28

1   Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties jointly stipulate as follows:

2       1.      Plaintiff filed the Complaint in San Francisco Superior Court on April 21, 2025,

3   which Defendant Roblox Corporation removed on April 22, 2025 (ECF No. 1);

4       2.      On June 24, 2025, this Court granted a stipulated request to set a briefing schedule

5   on Defendants' anticipated motions to compel arbitration, such that Defendants' motions would be

6   due no later than July 28, 2025, Plaintiff's responses by August 28, 2025, and Defendants' replies

7   by September 11, 2025 (ECF No. 24);

8       3.      On July 22, 2025, Defendant Discord Inc. filed a motion to substitute Davis Wright

9   Tremaine LLP as Discord's counsel, instead of Morrison & Foerster LLP (ECF No. 27).

10      4.      New counsel for Discord is getting up to speed on this matter and others for which

11  it was recently retained, and lead counsel Ambika Kumar has longstanding plans to travel for her

12  mother's 80th birthday celebration from July 26 through July 29, Declaration of Ambika Kumar

13  ¶3.

14      5.      Good cause exists to extend the deadline for Discord to file its motion to compel

15  arbitration by one week, to August 4, 2025, and to adjust the remaining deadlines on that motion

16  accordingly, as well as to adjust the schedule for Roblox's motion to compel arbitration. Doing so

17  will allow Discord's new counsel to most effectively represent Discord.

18      6.      This adjustment would not change any other deadlines in this matter, as no hearing

19  date has been set on the motions to compel arbitration.

20      The parties jointly request that the Court modify the schedule on Defendants' motions to

21  compel arbitration as follows:

22      Defendants' motions to compel arbitration: August 4, 2025

23      Plaintiff's response to motions to compel arbitration: September 4, 2025

24      Defendants' replies in support of motion to compel arbitration: September 18, 2025

25

26

27

28

1    **IT IS SO STIPULATED**

2

3    DATED: July 25, 2025                    Respectfully submitted,

4                                            DAVIS WRIGHT TREMAINE LLP

5                                            By: */s/   Adam S. Sieff*
                                                    Adam S. Sieff

6                                            *Attorneys for Defendant Discord Inc.*

7

8    DATED: July 25, 2025                    Respectfully submitted,

9                                            COOLEY LLP

10                                           By: */s/ Max Bernstein*
                                                     Max Bernstein

11                                           *Attorneys for Defendant Roblox Corporation*

12   DATED: July 25, 2025                    Respectfully submitted,

13                                           ANAPOL WEISS

14                                           By: */s/ Alexandra M. Walsh*
                                                     Alexandra M. Walsh

15                                           *Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **CERTIFICATION OF SERVICE AND COMPLIANCE**

2        I, Adam Sieff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i), I have obtained

3    authorization from the above signatories to file the above-referenced document and that they have

4    concurred in the filing's content.  I further certify that I have served all parties with the foregoing

5    by electronic service through the Court's ECF system.

6

7    Dated:  July 25, 2025

8                                          Respectfully submitted,

9                                          DAVIS WRIGHT TREMAINE LLP

10

11                                         By:  /s/ *Adam S. Sieff*
                                                Adam S. Sieff

12                                         *Attorneys for Defendant Discord Inc.*

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Dated: _____       _____

5                                                   HON. YVONNE GONZALEZ ROGERS
                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28