1  AMBIKA KUMAR (*pro hac vice* application forthcoming)
    ambikakumar@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, Washington 98104
   Telephone: (206) 622-3150
4
   ADAM S. SIEFF (State Bar No. 302030)
5    adamsieff@dwt.com
   DAVIS WRIGHT TREMAINE LLP
6  350 South Grand Avenue, 27th Floor
   Los Angeles, California 90071
7  Telephone: (213) 633-6800

8  SARAH E. BURNS (State Bar No. 324466))
    sarahburns@dwt.com
9  DAVIS WRIGHT TREMAINE LLP
   50 California Street, 23rd Floor
10 San Francico, California 94110
   Telephone: (415) 276-4892
11
   Attorneys for Defendant
12 DISCORD INC.

13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANE DOE, | Case No. 4:25-cv-03520-YGR |
| Plaintiff, | **DECLARATION OF AMBIKA KUMAR IN SUPPORT OF STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO COMPEL ARBITRATION** |
| v. | |
| ROBLOX CORPORATION; DISCORD INC.; and DOES 1 – 50, inclusive, | |
| Defendants. | [Stipulated Request to Modify Briefing Schedule on Defendants' Motion to Compel Arbitration Filed Concurrently] |
| | Hon. Yvonne Gonzalez Rogers |
| | Complaint Filed: April 21, 2025 |
| | Date Action Removed: April 22, 2025 |

KUMAR DECLARATION ISO STIPULATED REQUEST

I, Ambika Kumar, declare:

1. I am a partner in the law firm Davis Wright Tremaine LLP, counsel for Defendant Discord Inc. I make this declaration from personal knowledge and from a review of the files and records in this matter.

2. Davis Wright Tremane LLP was recently retained to replace Morrison & Foerster LLP as counsel for Discord, on this matter as well as three other matters that involve similar allegations. I intend to file a motion for *pro hac vice* admission in this matter.

3. Discord has requested, and the other parties have agreed to a brief, one-week extension of the deadlines on Defendants' forthcoming motions to compel arbitration. My team is still getting up to speed on this case so that we can most effectively represent Discord, and I have longstanding travel plans to celebrate my mother's 80th birthday in Chicago, Illinois, from July 26 through July 29.

4. This request would require modifying the Court's June 24, 2025, Order (ECF No. 24) by pushing the deadlines for Defendants to file their motions to compel arbitration, for Plaintiff to respond to those motions, and for Defendants to reply by one week.

5. This requested adjustment will not affect any other deadlines in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of July, 2025, at Seattle, Washington.

*/s/ Ambika Kumar*
Ambika Kumar

KUMAR DECLARATION ISO STIPULATED REQUEST - 1