UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jane Doe,

Plaintiff(s),

v.

Roblox Corporation, et al.,

Defendant(s).

Case No. 4:25-cv-03520-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ambika Kumar, an active member in good standing of the bar of Supreme Court of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Discord Inc. in the above-entitled action. My local co-counsel in this case is Adam S. Sieff, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 302030.

| | |
|---|---|
| Davis Wright Tremaine LLP<br>920 Fifth Avenue, Ste. 3300, Seattle, WA 98104<br>MY ADDRESS OF RECORD | Davis Wright Tremaine LLP<br>350 South Grand Ave., 27th Floor, Los Angeles, CA 90071<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 206.622.3150<br>MY TELEPHONE # OF RECORD | 213.633.8618<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ambikakumar@dwt.com<br>MY EMAIL ADDRESS OF RECORD | adamsieff@dwt.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 38237.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  three  times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 07/25/2025                                              Ambika Kumar
                                                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Ambika Kumar  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021                                   2

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION <br><br> OF <br><br> AMBIKA KUMAR <br><br> TO PRACTICE IN THE COURTS OF THIS STATE | BAR NO. 38237 <br><br> **CERTIFICATE** <br><br> **OF** <br><br> **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**AMBIKA KUMAR**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 16, 2006, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 26th day of June, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court