AMBIKA KUMAR (*pro hac vice* application forthcoming)
    ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150

ADAM S. SIEFF (State Bar No. 302030)
    adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800

SARAH E. BURNS (State Bar No. 324466))
    sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francico, California 94110
Telephone:  (415) 276-4892

Attorneys for Defendant
DISCORD INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1 – 50, inclusive,<br><br>         Defendants. | Case No. 4:25-cv-03520-YGR<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND [PROPOSED] ORDER**<br><br>[Declaration of Ambika Kumar Filed Concurrently]<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: April 21, 2025<br>Date Action Removed: April 22, 2025 |

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties jointly stipulate as follows:

1. Plaintiff filed the Complaint in San Francisco Superior Court on April 21, 2025, which Defendant Roblox Corporation removed on April 22, 2025 (ECF No. 1);

2. On June 24, 2025, this Court granted a stipulated request to set a briefing schedule on Defendants' anticipated motions to compel arbitration, such that Defendants' motions would be due no later than July 28, 2025, Plaintiff's responses by August 28, 2025, and Defendants' replies by September 11, 2025 (ECF No. 24);

3. On July 22, 2025, Defendant Discord Inc. filed a motion to substitute Davis Wright Tremaine LLP as Discord's counsel, instead of Morrison & Foerster LLP (ECF No. 27).

4. New counsel for Discord is getting up to speed on this matter and others for which it was recently retained, and lead counsel Ambika Kumar has longstanding plans to travel for her mother's 80th birthday celebration from July 26 through July 29, Declaration of Ambika Kumar ¶3.

5. Good cause exists to extend the deadline for Discord to file its motion to compel arbitration by one week, to August 4, 2025, and to adjust the remaining deadlines on that motion accordingly, as well as to adjust the schedule for Roblox's motion to compel arbitration. Doing so will allow Discord's new counsel to most effectively represent Discord.

6. This adjustment would not change any other deadlines in this matter, as no hearing date has been set on the motions to compel arbitration.

The parties jointly request that the Court modify the schedule on Defendants' motions to compel arbitration as follows:

Defendants' motions to compel arbitration: August 4, 2025

Plaintiff's response to motions to compel arbitration: September 4, 2025

Defendants' replies in support of motion to compel arbitration: September 18, 2025

STIPULATED REQUEST AND [~~PROPOSED~~] ORDER - 1

| | |
|---|---|
| 1 | **IT IS SO STIPULATED** |
| 2 | |
| 3 | DATED: July 25, 2025                                         Respectfully submitted, |
| 4 |                                                                              DAVIS WRIGHT TREMAINE LLP |
| 5 |                                                                              By: */s/   Adam S. Sieff* |
|   |                                                                                        Adam S. Sieff |
| 6 |                                                                              *Attorneys for Defendant Discord Inc.* |
| 7 | |
| 8 | DATED: July 25, 2025                                         Respectfully submitted, |
|   |                                                                              COOLEY LLP |
| 9 |                                                                              By: */s/ Max Bernstein* |
| 10 |                                                                                       Max Bernstein |
| 11 |                                                                              *Attorneys for Defendant Roblox Corporation* |
| 12 | |
|    | DATED: July 25, 2025                                         Respectfully submitted, |
| 13 |                                                                              ANAPOL WEISS |
| 14 |                                                                              By: */s/ Alexandra M. Walsh* |
|    |                                                                                        Alexandra M. Walsh |
| 15 |                                                                              *Attorneys for Plaintiff* |

STIPULATED REQUEST AND [PROPOSED] ORDER - 2

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Adam Sieff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated: July 25, 2025

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                By:  /s/ *Adam S. Sieff*
                          Adam S. Sieff

                *Attorneys for Defendant Discord Inc.*

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 25, 2025

HON. YVONNE GONZALEZ ROGERS
United States District Judge

STIPULATED REQUEST AND [~~PROPOSED~~] ORDER - 4