COOLEY LLP
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
RYAN C. STEVENS (306409)
(rstevens@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

TIANA DEMAS (appearance *pro hac vice*)
(tdemas@cooley.com)
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Telephone:   (312) 881-6500
Facsimile:    (312) 881-6598

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:25-cv-03520-YGR<br><br>**DEFENDANT ROBLOX CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant Roblox Corporation ("Roblox") hereby brings this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion") in connection with Roblox's concurrently filed Motion to Compel Arbitration and supporting documents appended thereto.

For documents designated as Protected Material by another party or non-party (the "Designating Party"), Civil Local Rule 79-5(f)(1) requires that a Filing Party "identify each document or portions thereof for which sealing is sought." Then, "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration" explaining the basis for keeping the document or portions thereof sealed. Civil L.R. 79-5(f)(3).

Here, Plaintiff has deemed certain of her personally identifiable information Protected Material (*e.g.*, her name, email address, and Roblox username). Roblox, as the Filing Party, files this Administrative Motion to identify portions of the concurrently filed Motion to Compel Arbitration and related documents which may contain Protected Material. Roblox takes no position as to the confidentiality of such information.

| Document | Portions to Be Sealed | Party Designating | Reason |
| --- | --- | --- | --- |
| Roblox's Motion to Compel Arbitration | Highlighted Portions at pages 1-2, 9 | Plaintiff | The motion references Plaintiff's confidential personally identifiable information. |
| Declaration of Ronita Jit ISO Roblox's Motion to Compel Arbitration ("Jit. Decl.") | Highlighted Portions at pages 8-9 | Plaintiff | The declaration references Plaintiff's confidential personally identifiable information. |
| Exhibit D to the Jit. Decl. | Highlighted Portions | Plaintiff | The exhibit to the declaration references Plaintiff's confidential personally identifiable information. |

Dated: August 4, 2025

COOLEY LLP

By: /s/ Tiana Demas
Tiana Demas

Attorneys for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN MTN TO CONSIDER WHETHER
MATERIAL SHOULD BE SEALED (CASE NO.
4:25-CV-03520-YGR)