AMBIKA KUMAR (*pro hac vice* application forthcoming)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150

ADAM S. SIEFF (State Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800

SARAH E. BURNS (State Bar No. 324466))
  sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francico, California 94110
Telephone:  (415) 276-4892

Attorneys for Defendant
DISCORD INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1 – 50, inclusive,<br><br>　　　　Defendants. | Case No. 4:25-cv-03520-YGR<br><br>**DECLARATION OF ADAM SIEFF IN SUPPORT OF DISCORD INC.'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>[Motion to Compel Arbitration and Declaration of Nicholas Reynolds Filed Concurrently]<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Courtroom: 1<br><br>Complaint Filed: April 21, 2025<br>Date Action Removed: April 22, 2025 |

DECLARATION OF ADAM SIEFF
Case No. 4:25-cv-03520-YGR
4896-3589-8713v.9 0125552-000001

# DECLARATION OF ADAM SIEFF

I, Adam Sieff, declare as follows:

1. I am a partner in the law firm Davis Wright Tremaine LLP, counsel for Defendant Discord Inc. I make this declaration from personal knowledge and a review of the files and records in this matter.

2. As the Court directed (Dkt. 24), Plaintiff's counsel provided prior counsel for Discord an email address and username associated with Plaintiff's Discord account: username ▮▮▮▮ and email address ▮▮▮▮.

3. I have reviewed excerpts of Discord's business records for the Discord account associated with that information, as described in the Declaration of Nicholas Reynolds. I have also reviewed background reports that my firm obtained from third-party background check vendors for the billing address associated with the account. The address listed on the account associated with username ▮▮▮▮ matches the address of an individual named ▮▮▮▮. I have also reviewed background reports that my firm obtained from third-party background check vendors for ▮▮▮▮, which list as an email address for ▮▮▮▮, ▮▮▮▮. As set forth in the Reynolds Declaration, Discord records show that email address is associated with a Discord account with the username ▮▮▮▮.

5. My firm located a public Instagram account which identifies itself as belonging to the plaintiff, ▮▮▮▮, which I have reviewed. The account has the username ▮▮▮▮. The account is also tagged in multiple posts by an Instagram account with the username ▮▮▮▮, and some of those posts refer to ▮▮▮▮ as ▮▮▮▮ daughter. A true and correct copy of a screenshot of the account is attached here as **Exhibit 1**.

6. My firm also located a public Facebook account for someone named "▮▮▮▮." The owner of the account identifies himself as the owner of ▮▮▮▮. A true and correct copy of a screenshot of the account is attached here as **Exhibit 2**.

7. Finally, I have reviewed the following news articles:

   a. ▮▮▮▮,

1  ███████████████████████████████████████
2  ██████████████████████████ ██████
3  ██████████. A true and correct copy of this article is attached here as
4  **Exhibit 3**.
5      b. ███████████████████████████████
6  ████ ████ ██████ █████████████
7  ███████████████████████████████
8  ██████████████████████████ (paywall). A true
9  and correct copy of this article is attached here as **Exhibit 4**.
10     8.    The articles describe █████████████████████████
11 ████████████████████████████. In one of the articles, **Exhibit 4**, someone
12 named ████████████ identifies himself as the children's father.
13     9.    Based on my review of all of the above records, I believe that the Plaintiff in this
14 lawsuit is ███████; ████████████████ is Plaintiff's father; and Plaintiff's father is
15 the owner of the Discord account with the username ███████.
16     I declare under penalty of perjury that the foregoing is true and correct.
17     Executed on August 4, 2025, at Los Angeles, California.

                                    ____/s/ Adam Sieff_____
                                         Adam Sieff

DAVIS WRIGHT TREMAINE LLP

3

DECLARATION OF ADAM SIEFF
Case No. 4:25-cv-03520-YGR
4896-3589-8713v.9 0125552-000001

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3
# FILED UNDER SEAL

# EXHIBIT 4
# FILED UNDER SEAL