| | |
|---|---|
| 1 | AMBIKA KUMAR (*pro hac vice* pending) |
| 2 | ambikakumar@dwt.com<br>DAVIS WRIGHT TREMAINE LLP |
| 3 | 920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104 |
| 4 | Telephone: (206) 622-3150 |

AMBIKA KUMAR (*pro hac vice* pending)
　ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150

ADAM S. SIEFF (State Bar No. 302030)
　adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

SARAH E. BURNS (State Bar No. 324466))
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94110
Telephone: (415) 276-4892

Attorneys for Defendant
DISCORD INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1 – 50, inclusive,<br><br>　　　　Defendants. | Case No. 4:25-cv-03520-YGR<br><br>**[PROPOSED] ORDER GRANTING DISCORD INC.'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Defendant Discord Inc.'s ("Discord") Motion to Compel Arbitration and Stay Litigation ("Motion") came on regularly for hearing on October 14, 2025, at 2:00 p.m. Having read and considered the Motion, all other evidence submitted in support of, and in opposition to, the Motion, and the arguments of the parties presented at the hearing, this Court finds that:

1. Plaintiff Jane Doe ("Doe") accepted the Discord Terms of Service (the "Agreement"), which contains an arbitration agreement governed by the Federal Arbitration Act, 9 U.S.C. § 1.

2. Because the Agreement "clearly and unmistakably" delegates threshold issues such as the scope, validity, and enforceability of the Agreement to the arbitrator, the only issue for the Court to resolve is whether an arbitration agreement between Doe and Discord exists. *AT&T Techs., Inc. v. Commc'ns Workers of Am.*, 475 U.S. 643, 649 (1986); *see also Rent-A-Center, W., Inc. v. Jackson*, 561 U.S. 63, 68 (2010) (parties may delegate "threshold issues concerning the arbitration agreement").

3. The Court finds that an arbitration agreement exists. *Rent-A-Center, W., Inc.*, 561 U.S. at 69 n.1, 88 n.2 ("[t]he issue of the agreement's validity is different from the issue whether any agreement between the parties was ever concluded," i.e., whether "it was in fact agreed to").

4. Doe therefore must arbitrate this dispute with Discord according to the Agreement. *Henry Schein, Inc. v. Archer & White Sales, Inc.*, 586 U.S. 63, 67 (2019).

Plaintiff Jane Doe is therefore **ORDERED** to arbitrate her claims against Discord and this case is hereby **STAYED** pending the outcome of the arbitration proceedings.

[PROPOSED] ORDER GRANTING DISCORD'S MOTION
TO COMPEL ARBITRATION AND STAY LITIGATION

1
2       **IT IS SO ORDERED.**
3
        Dated: _____, 2025.    By_____
4                                             Honorable Yvonne Gonzalez Rogers
5                                             United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DISCORD'S MOTION
TO COMPEL ARBITRATION AND STAY LITIGATION