AMBIKA KUMAR (*pro hac vice* pending)
   ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150

ADAM S. SIEFF (State Bar No. 302030)
   adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

SARAH E. BURNS (State Bar No. 324466))
   sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94110
Telephone: (415) 276-4892

Attorneys for Defendant
DISCORD INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1 – 50, inclusive,<br><br>        Defendants. | Case No. 4:25-cv-03520-YGR<br><br>**DISCORD INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>[Motion to Compel Arbitration and Stay Litigation; [Proposed] Order; Declarations of Adam Sieff and Nicholas Reynolds Filed Concurrently]<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: April 21, 2025<br>Date Action Removed: April 22, 2025 |

1   Pursuant to Local Rules 79-5(f) and 7-11, Defendant Discord Inc. respectfully submits this
2   Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Discord's
3   concurrently-filed Motion to Compel Arbitration and Stay Litigation attaches as exhibits certain
4   documents and information that either directly identify Plaintiff, or is likely to identify her. This
5   information is related to, or derives from, the username and email address associated with one of
6   Plaintiff's Discord accounts, which Plaintiff provided to Discord subject to Discord's agreement to
7   keep the information confidential. *See* ECF 24.

8   Local Rule 79-5(f) provides that: "For any document a party ('Filing Party') seeks to seal
9   because that document has been designated as confidential by another party or non-party (the
10  'Designating Party'), the Filing Party must, instead of filing an Administrative Motion to File Under
11  Seal, file an Administrative Motion to Consider Whether Another Party's Material Should Be
12  Sealed[.]" Accordingly, under Local Rule 79-5(d) and (f), Discord seeks to provisionally seal the
13  following exhibits to the concurrently-filed Declaration of Nicholas Reynolds and Declaration of
14  Adam Sieff in their entirety, either because they (i) consist entirely of confidential billing
15  information derived from the username and email address Plaintiff provided, or because they (ii)
16  consist of information derived from that username and email address that is otherwise likely to
17  identify Plaintiff and/or her father:

| Sealed Document | Basis For Sealing |
|---|---|
| Exhibit B to the Reynolds Declaration | Exhibit consists of billing information associated with Plaintiff's Discord's account. |
| Exhibit 1 to the Sieff Declaration | Exhibit consists of a screenshot of a social media account associated with Plaintiff that, unless fully sealed, is likely to identify her. |
| Exhibit 2 to the Sieff Declaration | Exhibit consists of a screenshot of a social media account associated with Plaintiff's father that, unless fully sealed, is likely to identify Plaintiff. |
| Exhibit 3 to the Sieff Declaration | Exhibit consists of a news article about Plaintiff that, unless fully sealed, is likely to identify Plaintiff. |
| Exhibit 4 to the Sieff Declaration | Exhibit consists of a news article about Plaintiff that, unless fully sealed, is likely to identify Plaintiff. |

27  Additionally, Discord also moves to provisionally file under seal unredacted copies of the

Reynolds Declaration, Sieff Declaration, and Exhibits A, C, and D to the Reynolds Declaration.

The information Discord seeks to redact from these documents includes:

| Document | Redacted Information |
|---|---|
| Reynolds Declaration | Email addresses and usernames associated with Plaintiff and her father. |
| Exhibit A to the Reynolds Declaration | Email address, username, and IP address associated with Plaintiff. |
| Exhibit C to the Reynolds Declaration | Email address, username, and IP address associated with Plaintiff. |
| Exhibit D to the Reynolds Declaration | Email address, username, and IP address associated with Plaintiff's father. |
| Sieff Declaration | Plaintiff's name; Plaintiff's father's name; email addresses and usernames associated with Plaintiff and her father; information from news articles that is likely to identify Plaintiff. |

Pursuant to Local Rule 79-5(f)(2), Plaintiff has been served with a copy of this Administrative Motion today through the CM/ECF system, as required by Local Rule 79-5(f)(2).

Dated: August 4, 2025

DAVIS WRIGHT TREMAINE LLP

By: /s/ Adam S. Sieff
Ambika Kumar
Adam S. Sieff
Sarah E. Burns

Attorneys for Defendant
Discord Inc.