AMBIKA KUMAR (*pro hac vice* pending)
　ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150

ADAM S. SIEFF (State Bar No. 302030)
　adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

SARAH E. BURNS (State Bar No. 324466))
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94110
Telephone: (415) 276-4892

Attorneys for Defendant
DISCORD INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION; DISCORD INC.; and DOES 1 – 50, inclusive,<br><br>　　　　Defendants. | Case No. 4:25-cv-03520-YGR<br><br>**[PROPOSED] ORDER GRANTING DISCORD INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(f)**<br><br>Hon. Yvonne Gonzalez Rogers |

This matter comes before the Court on Defendant Discord Inc.'s ("Discord") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rules 7-11 and 79-5(f) ("Motion"), which seeks to provisionally seal limited portions of the materials filed in support of Discord's Motion to Compel Arbitration and Stay Litigation. Discord requests that five exhibits be provisionally filed entirely under seal, and also seeks to provisionally redact limited portions of the Declaration of Nicholas Reynolds ("Reynolds Declaration"), four exhibits to the Reynolds Declaration, and the Declaration of Adam Sieff ("Sieff Declaration").

Having considered Discord's Motion, and for the reasons stated therein, the Motion is **GRANTED** as follows:

The following documents shall remain under seal on the public docket until the Court determines whether the material at issue warrants sealing:

- Exhibit B to the Reynolds Declaration
- Exhibit 1 to the Sieff Declaration
- Exhibit 2 to the Sieff Declaration
- Exhibit 3 to the Sieff Declaration
- Exhibit 4 to the Sieff Declaration

It is further ORDERED that Plaintiff's name, Plaintiff's father's name, and email addresses, usernames, and IP addresses associated with Plaintiff and her father also are to remain sealed in the following documents until the Court determines whether the material at issue warrants sealing:

- Reynolds Declaration
- Exhibit A to the Reynolds Declaration
- Exhibit C to the Reynolds Declaration
- Exhibit D to the Reynolds Declaration
- Sieff Declaration

[PROPOSED] ORDER GRANTING DISCORD'S L.R. 79-5 ADMINISTRATIVE MOTION
Case No. 4:25-cv-03520-YGR

**IT IS SO ORDERED.**

Dated: _____, 2025.   By_____
                                       Honorable Yvonne Gonzalez Rogers
                                       United States District Judge