UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-07291-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Doe v. Roblox Corporation et al.*, No.25-cv-03520-YGR.

　　　　**IT IS SO ORDERED.**

Dated: September 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1