UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I.V., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>        Defendant. | Case No. 25-cv-07192-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Doe v. Roblox Corporation et al.*, No.25-cv-03520-YGR.

**IT IS SO ORDERED.**

Dated: September 16, 2025

_____
RITA F. LIN
United States District Judge