UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH DOE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBLOX CORPORATION,<br><br>        Defendant. | **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**<br><br>Case No. 25-cv-07899-JD |
|---|---|
| M.S.,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br><br>        Defendants. | Case No. 25-cv-07925-JD |

The Court respectfully requests that the Honorable Yvonne Gonzalez Rogers determine whether these cases are related to *Doe v. Roblox Corporation et al.*, 25-cv-03520-YGR. *See* Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: October 7, 2025

                                                                  
JAMES DONATO
United States District Judge