UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBLOX CORPORATION,<br><br>　　　　　Defendant. | Case No. 25-cv-09624-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Doe v. Roblox Corporation*, No. 25-cv-03520-YGR.

　　**IT IS SO ORDERED.**

Dated: December 5, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge